# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DEMONTE HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-01143-BAM (PC)<br><br>ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 6) |

Plaintiff Melvin Demonte Harrison ("Plaintiff") is a former county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 9, 2022, while Plaintiff was still in custody, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* by a prisoner and directing Plaintiff to submit a new application to proceed *in forma pauperis*, including a certified copy of his trust account statement, or pay the $402.00 filing fee within thirty days.  (ECF No. 4.)  On September 21, 2022, Plaintiff submitted the instant application to proceed *in forma pauperis* by a prisoner, including a certified copy of his trust account statement.  (ECF No. 6.)

Although no longer in custody, examination of Plaintiff's application reveals that Plaintiff was unable to afford the costs of this action at the time the complaint was filed.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 6), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  **September 22, 2022**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

1