UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DEMONTE HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>M. HERNANDEZ, et al.,<br><br>    Defendants. | No.  1:22-cv-01143-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 13) |

Plaintiff Melvin Demonte Harrison is a former county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant M. Hernandez for excessive force and sexual assault in violation of the Due Process Clause of the Fourteenth Amendment.  (ECF No. 1 at 3.)

On December 15, 2022, the assigned Magistrate Judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey court orders and failure to prosecute.  (ECF No. 13 at 1–2.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  Plaintiff has not filed objections, and the time to do so has expired.

///

///

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

2    de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that

3    the findings and recommendations are supported by the record and by proper analysis.

4         Accordingly, IT IS HEREBY ORDERED:

5         1.    The findings and recommendations issued on December 15, 2022 (ECF No. 13),

6               are adopted in full;

7         2.    This action is dismissed, without prejudice; and

8         3.    The Clerk of the Court is directed to close this case.

9

10

11   IT IS SO ORDERED.

12        Dated:    March 27, 2023

13                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28